**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**



| | |
|---|---|
| **GABRIEL ALMANZA-ARENAS**, <br><br> Petitioner, <br><br> v. <br><br> **LORETTA E. LYNCH, Attorney General**, <br><br> Respondent. | No. 09-71415 <br><br> Agency No. A078-755-092 <br><br> **ORDER** |
| **GABRIEL ALMANZA-ARENAS**, <br><br> Petitioner, <br><br> v. <br><br> **LORETTA E. LYNCH, Attorney General**, <br><br> Respondent. | No. 10-73715 <br><br> Agency No. A078-755-092 |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.